# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3654

_____

Texarkana Behavioral Associates, L.C.,   *
                                      *

            Appellant,                  *

                                        *   Appeal from the United States

       v.                          *   District Court for the

                                        *   Western District of Arkansas.

Universal Health Services, Inc.,        *

                                        *      [UNPUBLISHED]

           Appellee.                 *

_____

Submitted: September 22, 2011
Filed: October 6, 2011

_____

Before MELLOY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this diversity-based action, Texarkana Behavioral Associates, L.C. (TBA) appeals from the district court's[1] adverse grant of summary judgment on its claims under Arkansas law against Universal Health Services, Inc. for misappropriation of trade secrets, breach of contract, and tortious interference with a contractual relationship. TBA also appeals the district court's denial of TBA's motion to compel discovery. After de novo review of the summary judgment decision, *Mayer v. Countrywide Home Loans*, 647 F.3d 789, 791 (8th Cir. 2011), we affirm for the

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

reasons discussed in the district court's order, *Texarkana Behavioral Associates, L.C. v. Universal Health Services, Inc.*, 748 F. Supp. 2d 1008 (W.D. Ark. 2010). *See* 8th Cir. R. 47B. Additionally, for the reasons discussed in the district court's order, *see id.*, we hold that the district court did not abuse its discretion in denying TBA's motion to compel discovery. *See Kilpatrick v. King*, 499 F.3d 759, 766 (8th Cir. 2007) ("We review the denial of a motion to compel discovery for gross abuse of discretion.").

_____